September 25, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 2 9 2015

CHRISTOPHER A. PRINE
CLERK

Hon. Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE: Case No. 01-15-00225-CV, Aaron Chevalier –vs– W M Roberson
     TC #1058132, Co. Civ. Ct. at Law No. 1, Hon. Debra I. Mayfield, Judge

Dear Hon. Clerk;

Please file in the above referenced case:

1) $10-money order for the 9-24-15 extension of time motion per T.R.App.P. 10.5(b).

Your courteous assistance is greatly appreciated.

Respectfully,

W M Roberson
P.O. Box 842583
Houston, TX 77284-2583

Appellee-Landlord (*Pro Se*)



USA

FOREVER

A488507210131802

WM Robinson
PO Box 842583
Houston, TX 77284

W. ROBINSON
PO BOX
29 SEP'15
HOUSTON

Hon. Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 29 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

7700220S599